No. 407. HANCHEY, WARDEN v. COLLINS. C. A. 5th Cir. Certiorari denied. *Jack P. F. Gremillion*, Attorney General of Louisiana, for petitioner.

No. 409. TURNER v. KENNEDY ET AL. C. A. D. C. Cir. Certiorari denied. *Edward Bennett Williams* and *Vincent J. Fuller* for petitioner. *Solicitor General Cox* for respondents.

No. 411. MONROE AUTO EQUIPMENT CO. v. SUPERIOR INDUSTRIES, INC. C. A. 9th Cir. Certiorari denied. *William W. Rymer* and *A. Donham Owen* for petitioner. *Francis A. Utecht* for respondent.

No. 414. LAM TAT SIN v. ESPERDY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied. *Abraham Lebenkoff* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for respondent.

No. 417. GEORGIOU v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Charles A. Bellows* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 418. CHESTER PARK APARTMENTS, INC. v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *D. D. Wozniak* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas, Alan S. Rosenthal* and *Frederick B. Abramson* for the United States.